THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNELL JONES, Appellant.

Submitted October 17, 2016; decided October 20, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.